J. Seth Moore
State Bar No. 24027522
semoore@swlaw.com
**SNELL & WILMER L.L.P.**
2501 North Harwood Street, Suite 1850
Dallas, Texas 75201
Telephone: 214-305-7301
Facsimile: 214-305-7351

Attorneys TurningPointe, LLC, d/b/a Turning Point Strategic Advisors

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Case No. 24-33924** |
| | § | |
| **Water Station Management LLC** | § | **Chapter 11** |
| | § | |
| **Debtor.** | § | **NOTICE OF APPEARANCE AND** |
| | § | **REQUEST FOR NOTICE** |

   **PLEASE TAKE NOTICE** that TurningPointe, LLC, d/b/a Turning Point Strategic Advisors ("Turning Point"), court-appointed receiver for Water Station Management LLC, by and through its attorneys, Snell & Wilmer L.L.P., hereby requests notices of all hearings, trial dates, motions and notices of motions, applications for compromise, applications to abandon properties, applications for approval to sell property of the estate or to pay expenses or claims, copies of operating reports, copies of statements of deposits, returns of sale of real or personal property for court approval, whether such notice, application, motion or the like is sent by the court, the debtor, or any other party in interest in this case, and requests that all notices, applications, or the like be sent to the address below and that such address be added to the court's master mailing list:

SNELL & WILMER L.L.P.
J. Seth Moore, State Bar No. 24027522
semoore@swlaw.com
2501 North Harwood Street, Suite 1850
Dallas, Texas 75201


THIS ENTRY OF APPEARANCE AND REQUEST FOR NOTICE is without prejudice to Turning Point's rights, remedies and claims against other entities or any objection that may be made to the jurisdiction or venue of the court or venue of this case, and shall not be deemed or construed to be a waiver of Turning Point's rights (1) to have final orders in noncore matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Turning Point is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Turning Point hereby expressly reserves.


Dated: August 29, 2024                    */s/ J. Seth Moore*
                                          J. Seth Moore
                                          State Bar No. 24027522
                                          semoore@swlaw.com
                                          **SNELL & WILMER L.L.P.**
                                          2501 North Harwood Street, Suite 1850
                                          Dallas, TX 75201
                                          Telephone: 214-305-7301
                                          Facsimile: 214-305-7351


                                          Attorneys for TurningPointe, LLC, d/b/a Turning
                                          Point Strategic Advisors

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 29, 2024, a true and correct copy of the foregoing document was filed via the Court's Electronic Case Filing (ECF) system, and thereby served on all parties registered to receive electronic notice in this case.

*/s/ J. Seth Moore*____
J. Seth Moore

4876-6730-6462.1