United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 23, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-33924 |
| WATER STATION MANAGEMENT LLC, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

## ORDER GRANTING MOTION (ECF NO. 22)

Before the Court is the Motion to Confirm Eric Camm's Status as Manager of Water Station Management or, Alternatively, to Excuse Turnover Pending Dismissal or Other Relief Filed by Creditor TurningPointe, LLC.  On September 11, 2024, the Court granted an expedited hearing (ECF No. 26) with a response deadline of September 20, 2024, by order.  Thereafter, the order was properly served.  The response deadline has passed, and the only response (ECF No. 37) filed by 3|5|2 Capital GP, LLC ("352 GP"), on behalf of 3|5|2 Capital ABS Master Fund LP supports the motion.  Accordingly, given the pleadings on file and the lack of response in opposition, the motion is granted, in part, as stated herein.

Eric Camm is hereby determined and declared to be the sole Manager of Debtor with authority to manage Debtor's affairs generally as well as in Debtor's capacity as a debtor and putative debtor-in-possession.  Additionally, Ryan Wear shall not exercise or attempt to exercise management authority over Debtor.

This Order is without prejudice to the right of the Debtor or any other interested party to controvert the involuntary petition that has been filed against it.

**SO ORDERED.**

SIGNED 09/23/2024

_____
Jeffrey Norman
United States Bankruptcy Judge