United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 02, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-33924 |
| WATER STATION MANAGEMENT LLC, | § | |
| | § | |
| Debtor. | § | |
| | § | CHAPTER 11 |

## ORDER

Before the Court is the Motion and Request for Status Conference and for Order to Show Cause Why an Order for Relief Should not be Entered (ECF No. 50) filed by 3/5/2 Capital GP, LLC. The Court finds that summons was issued and executed on August 30, 2024.[1] No answer has been filed by Water Station Management, LLC.

**ACCORDINGLY, IT IS ORDERED** that pursuant to 11 U.S.C. § 303(h), the Court enters an Order for Relief against Water Station Management, LLC under Chapter 11 of the United States Bankruptcy Code.

**IT IS FURTHER ORDERED** that the debtor must immediately retain counsel.

**IT IS FURTHER ORDERED** that a status conference is set for November 6, 2024, at 11:00 a.m. in Courtroom 403, United States Courthouse, 515 Rusk Street, Houston, Texas 77002.

**Parties should reference the Court's website for in person hearing requirements and connection instructions for virtual appearances.**[2]

**SO ORDERED**.

SIGNED 10/02/2024

Jeffrey Norman
United States Bankruptcy Judge

---

[1] ECF Nos. 7 and 8.
[2] https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman